RECEIVED

MAR 2 5 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DONALD BURGO | CIVIL ACTION NO. 6:10-cv-1647 |
| LA. DOC #197078 | |
| VS. | SECTION P |
| | JUDGE HAIK |
| WARDEN ROBERT HENDERSON | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 25th day of March, 2011.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE